**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Andre ALSTON, Defendant-Appellant.**

**No. 16-17418**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(August 18, 2017)

Roberta Josephina Bodnar, U.S. Attorney's Office—FLM, Ocala, FL, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Frank Merrill Talbot, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff-Appellee

Andre Alston, Pro Se

Before ED CARNES, Chief Judge, JULIE CARNES, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Stephen A. Mosca, appointed counsel for Andre Alston in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Alston's conviction and sentence are **AFFIRMED**.